IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE KANE,<br><br>                Plaintiff,<br><br>vs.<br><br>BRISTOL PROPERTIES, INC.<br>1654 Lone Elm Rd., Suite A<br>Olathe, KS 66061,<br>                Defendant. | CASE NUMBER 1:06CV00673<br><br>JUDGE: Rosemary M. Collyer<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 04/13/2006 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Bristol Properties, Inc. (hereinafter "Defendant"), hereby gives notice of the removal of this cause of action to the United States District Court for the District of Columbia. In support of this Notice of Removal, Defendant states the following:

### I. INTRODUCTION

1. On or about February 6, 2006, Plaintiff Charlene Kane commenced this action in the Superior Court for the District of Columbia. See Plaintiff's Complaint, attached as Exhibit 1. That suit is numbered 06-0000811.

2. Plaintiff's Complaint consists of what appears to be one claim: a retaliatory discharge under the District of Columbia Human Rights Act.

### II. NOTICE OF REMOVAL IS TIMELY

3. Defendant was served with a copy of Plaintiff's Complaint on or about March 24, 2006. Pursuant to 28 U.S.C. § 1446(b), Defendant timely filed this Notice of Removal within thirty days of service of that Complaint.

KC-1389428-1

## III. DIVERSITY JURISDICTION EXISTS

### A. The Diversity Of Citizenship Requirement Is Satisfied

4. Pursuant to the allegations in her Complaint in this matter, Plaintiff is a citizen of the State of Maryland. See Complaint at ¶ 3.

5. Incorporated and with its principal place of business in the State of Kansas, Defendant is a citizen of the State of Kansas under 28 U.S.C. § 1332(c)(1).

6. Because Plaintiff is a citizen of the State of Maryland and Defendant is a citizen of the State of Kansas, there is complete diversity of citizenship between the parties.

### B. The Amount In Controversy Exceeds $75,000.00

7. The amount in controversy exceeds $75,000.00. Plaintiff alleges Defendant terminated her employment in retaliation for complaining about allegedly discriminatory conduct. See generally Complaint at ¶¶ 10-14. For such alleged conduct, Plaintiff seeks lost wages, lost benefits, compensatory damages, and punitive damages, together with her taxes, interest, and attorney's fees and costs incurred. See generally Plaintiff's Complaint at Plaintiff's WHEREFORE clause. Although Defendant does not believe Plaintiff is entitled to any recovery, it is certain in light of the allegations in the Complaint, Plaintiff seeks to recover damages in excess of the $75,000.00 jurisdictional minimum.

## IV. REMOVAL TO THIS DISTRICT IS PROPER

8. Removal venue exists in the United States District Court for the District of Columbia because the Superior Court for the District of Columbia is within the District Court for the District of Columbia's jurisdiction.

9. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served to date upon Defendant are attached to this notice as Exhibit 1.

10. Pursuant to 28 U.S.C. § 1446(d), Defendant will promptly serve its written notice of the filing of the Notice of Removal on the attorney for Plaintiff and will promptly file a copy with the Clerk of the Superior Court of the District of Columbia.

11. Defendant reserves the right to amend or supplement this Notice of Removal.

12. Defendant reserves all defenses.

WHEREFORE, Defendant prays that the above-entitled matter be removed from the Superior Court of the District of Columbia, to this Court.

Respectfully submitted,

*/s/ William F. Demarest*

William F. Demarest, Jr.       D.C. Bar No. 266312
Kyle J. Gilster                D.C. Bar No. 483873
Blackwell Sanders Peper Martin LLP
750 17 Street, N.W.  Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2300
Facsimile:  (202) 378-2319
wdemarest@blackwellsanders.com
kgilster@blackwellsanders.com

and

Paul F. Pautler, Jr.           MO Bar No. 38057
Megan M. Belcher               MO Bar No. 53153
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64121-6777
Telephone:  (816) 983-8000
Facsimile:   (816) 983-8080
ppautler@blackwellsanders.com
mbelcher@blackwellsanders.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing was forwarded this 13th day of April, 2006, via United States Mail, first class, postage prepaid to:

Alan Lescht
Alan Lescht & Associates, P.C.
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

**ATTORNEYS FOR PLAINTIFF**

_____
**ATTORNEY FOR DEFENDANT**

KC-1389428-1

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

Charlene Kane                         *    C. A. No.    06-0000811
812 Loxford Terrace                   *
Silver Spring, MD 20901               *         JURY TRIAL DEMANDED
                                      *
   Plaintiff,                         *
                                      *
v.                                    *
                                      *
Bristol Properties, Inc.              *
1654 Lone Elm rd, Suite A             *
Olathe, KS 66061                      *
                                      *
   Defendant.                         *

***********************************************************************************

## COMPLAINT

Plaintiff Charlene Kane, by counsel, complains of the Defendant, as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction and venue over this action because the alleged unlawful acts took place in the District of Columbia.

2. This action alleges that Defendant discriminated against Plaintiff in her employment for complaining about and opposing what she believed to be unlawful discrimination in violation of the D.C. Human Rights Act (DC Code Section 2-1401 et seq.).

### THE PARTIES

3. Plaintiff Charlene Kane resides at 812 Loxford Terr., Silver Spring, MD, and is black and African American.

4. On information and belief, Defendant Bristol Properties, Inc. is a corporation that has its principal place of business in 1654 Lone Elm rd, Suite A, Olathe, Kansas 66061, and formerly employed Plaintiff in the District of Columbia.

## FACTS

5. Plaintiff began working for Defendant as Regional District Manager in May 2005.

6. Plaintiff received complaints from her staff and residents that a White employee of Defendant she supervised was engaging in racially discriminatory behavior.

7. Plaintiff reported to Defendant that the White employee was engaging in racially discriminatory behavior and requested that Defendant take appropriate remedial action on several occasions.

8. Defendant did not take appropriate remedial action, and instead, terminated Plaintiff's employment in response to her complaint about and opposition to what she believed to have been racially discriminatory behavior by an employee at work.

9. Defendant terminated Plaintiff's employment on September 20, 2005.

10. The reason given by Defendant, "disagreement over management decision of supervisor", is false and pretext to mask unlawful retaliation against Plaintiff for having opposed and complained about what she believed to have been unlawful racial discrimination at work.

11. Defendant's unlawful conduct was intentional, wanton, malicious and in reckless disregard of Plaintiff's civil rights.

12. Plaintiff has sustained damages consisting of lost pay, front pay, and lost benefits, pain and suffering, emotional distress, and mental anguish.

## COUNT 1

13. Plaintiff repeats and realleges the allegations contained in paragraphs 1-12 as if more fully set forth herein.

14. By and through its conduct, Defendant violated the D.C. Human Rights Act by retaliating against Plaintiff for having complained about and opposed what she

believed to be unlawful discrimination at work.

15. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment and damages on Count 1 in an amount to be determined by a jury at trial consisting of lost pay, lost benefits, pain and suffering, emotional distress, mental anguish, punitive damages, interest, taxes on any award, and reasonable attorneys fees, but not less than $50,000, plus such other relief as the Court deems just and fair.

### DEMAND FOR A JURY TRIAL

Plaintiff demands a trial by jury on all counts.

Date: February 5, 2006

Alan Lescht & Associates, P.C.

By: _____
Alan Lescht
D.C. Bar No. 441691
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

3