SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

CHARLENE KANE, )
)
Plaintiff, )
)
vs. ) C.A. No. 06-0000811
)
BRISTOL PROPERTIES, INC., )
)
Defendant. )

*RECEIVED
Civil Clerk's Office
APR 1 3 2006
Superior Court of the
District of Columbia
Washington, D.C.*

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Bristol Properties, Inc. hereby files a copy of its Notice of Removal, attached hereto as Exhibit A, with the Clerk of the above-captioned Court, which filing shall effect the removal of this action to the United States District Court for the District of Columbia.

Respectfully submitted,

*/s/ William F. Demarest*

William F. Demarest, Jr.    D.C. Bar No. 266312
Kyle J. Gilster             D.C. Bar No. 483873
Blackwell Sanders Peper Martin LLP
750 17th Street, N.W.  Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2300
Facsimile:  (202) 378-2319

and

Paul F. Pautler, Jr.        MO Bar No. 38057
Megan M. Belcher            MO Bar No. 53153
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64121-6777
Telephone:  (816) 983-8000
Facsimile:   (816) 983-8080

ATTORNEYS FOR DEFENDANT

KC-1388752-1

- 2 -

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing was forwarded this 13th day of April, 2006, via United States Mail, first class, postage prepaid to:

Alan Lescht
Alan Lescht & Associates, P.C.
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

ATTORNEYS FOR PLAINTIFF

_____
ATTORNEY FOR DEFENDANT

KC-1388752-1

- 2 -