IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLENE KANE, | ) | |
| | ) | CASE NUMBER 1:06CV00673 |
| Plaintiff, | ) | |
| vs. | ) | JUDGE: Rosemary M. Collyer |
| | ) | DECK TYPE: Employment Discrimination |
| BRISTOL PROPERTIES, INC., | ) | |
| | ) | DATE STAMP: 04/13/2006 |
| Defendant. | ) | |

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Defendant Bristol Properties, Inc. certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Bristol Properties, Inc., which have any outstanding securities in the hands of the public: None.

These representations are made in order that judges of this court may determine the need for recusal.

William F. Demarest, Jr.     D.C. Bar No. 266312
Kyle J. Gilster              D.C. Bar No. 483873
Blackwell Sanders Peper Martin LLP
750 17 Street, N.W.   Suite 1000
Washington, D.C.  20006
Telephone: (202) 378-2300
Facsimile:  (202) 378-2319
wdemarest@blackwellsanders.com
kgilster@blackwellsanders.com

and

Paul F. Pautler, Jr.        MO Bar No. 38057
Megan M. Belcher            MO Bar No. 53153
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64121-6777
Telephone:  (816) 983-8000
Facsimile:   (816) 983-8080
ppautler@blackwellsanders.com
mbelcher@blackwellsanders.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

    This is to certify that the above and foregoing was forwarded this 13th day of April, 2006, via United States Mail, first class, postage prepaid to:

Alan Lescht
Alan Lescht & Associates, P.C.
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

**ATTORNEYS FOR PLAINTIFF**

_____
ATTORNEY FOR DEFENDANT

KC-1389642-1

2