**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHARLENE KANE, )<br>)<br>               Plaintiff, )<br>)<br>vs. )<br>)<br>BRISTOL PROPERTIES, INC., )<br>)<br>               Defendant. ) | Civil Action No.  1:06-cv-00673-RMC |

**JOINT MEET AND CONFER STATEMENT**

Pursuant to FED. R. CIV. P. 26(f), LCvR. 16.3 of the Local Rules, and the Court's Order for Initial Scheduling Conference ("Order"), the parties, through their undersigned counsel, hereby state that they conferred on May 11, 2006, and reached the agreements set forth herein.  Pursuant to the rules of this Court and the Court's Order, counsel submit this report and a proposed Scheduling Order incorporating the parties' proposed suggestions.

**1.**     **Statement of the Case:**

*Plaintiff's Statement of the Case*:  The Complaint alleges that after Plaintiff, an employee of Defendant, reported racially discriminatory behavior by another employee, Defendant terminated Plaintiff's employment.  The Plaintiff alleges that Defendant violated the D.C. Human Rights Act by retaliating against Plaintiff for complaining about and opposing what she believed to be unlawful discrimination at work.

*Defendant's Statement of the Case*:  Defendant denies it subject Plaintiff to any alleged racially discriminatory behavior and/or that it retaliated against Plaintiff for engaging in any alleged, protected activity.  Moreover, Defendant asserts Plaintiff's claim(s) under the D.C. Human Rights Act fails as a matter of law and should be dismissed.

**2.     Dispositive Motions:**

Plaintiff does not intend to file a dispostive motion.  Defendant intends to file a motion for summary judgment after the close of discovery.

**3.     Joinder and Amendment:**

The parties agree that third party pleadings and amended pleadings, if any, should be filed within 60 days after the entry of a Scheduling Order unless otherwise ordered by the Court for good cause shown.

**4.     Magistrate Judge:**

The parties do not consent to assignment of this case to a Magistrate Judge for all purposes.

**5.     Settlement:**

The parties consent to early mediation before a Magistrate Judge.

**6.     ADR:**

The parties consent to early mediation before a Magistrate Judge.

**7.     Dispositive Motions Schedule:**

The parties propose that any dispositive motions be filed no later than 45 days after the close of discovery; any opposition to any dispositive motions be filed within 30 days after the filing of the motion; and any reply be filed within 10 days after the filing of the opposition.

**8.     Initial Disclosures:**

The parties agree to dispense with initial disclosures under FED. R. CIV. P. 26(a)(1).

**9.     Extent of Discovery:**

The parties propose that discovery close six months after the date the Scheduling Order is entered. The parties agree that the limitations on discovery contained in FED. R. CIV. P. 30, 33, & 34 should apply.

**10.    Expert Witnesses:**

The parties recommend that the expert disclosures, if any, required by FED. R. CIV. P. 26(a)(2) be made 60 days before the close of discovery; and that any rebuttal expert disclosure be made 30 days thereafter. Expert depositions, if any, are to be conducted within 30 after all expert disclosures are completed.

**11.    Class Action:**

This is not a class action lawsuit.

**12.    Bifurcation:**

The parties do not seek bifurcation.

**13.    Pre-trial Conference:**

The Pre-trial Conference should be scheduled by the Court following completion of discovery.

**14.    Trial Date:**

The parties agree that the date of trial (4-5 days) should be scheduled by the Court at the pre-trial conference.

**15.    Proposed Order:**

A proposed Scheduling Order is submitted herewith.

Date:  May 19, 2006

Respectfully submitted,

/s/ *Alan Lescht*
Alan Lescht #441691
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

**ATTORNEYS FOR PLAINTIFF**


/s/ *William F. Demarest, Jr.*
William F. Demarest, Jr.  D.C. Bar No. 266312
Kyle J. Gilster  D.C. Bar No. 483873
Blackwell Sanders Peper Martin LLP
750 17 Street, NW
Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2303
Facsimile:  (202) 378-2319
kgilster@blackwellsanders.com

and

Paul F. Pautler, Jr    MO Bar No. 38057
Megan M. Belcher   MO Bar No. 53153
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64121-6777
Telephone (816) 983-8000
Facsimile: (816) 983-8080
ppautler@blackwellsanders.com
mbelcher@blackwellsanders.com

**ATTORNEYS FOR DEFENDANT**