**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CHARLENE KANE,              )
                                 )
              Plaintiff,    )
    vs.                     )      Civil Action No.  1:06-cv-00673-RMC
                                 )
BRISTOL PROPERTIES, INC.,   )
                                 )
              Defendant.   )

## SCHEDULING ORDER

Upon consideration of the Joint Meet and Confer Report of the parties, it is hereby ORDERED as follows:

1. Third party pleadings and amended pleadings shall be filed within 60 days after the entry of this Order.

2. Any dispositive motions shall be filed no later than 45 days after the close of discovery, any opposition shall be filed within 30 days after service of any dispositive motion, and any reply shall be filed within 10 days after the opposition is filed.

3. Initial disclosures are not required.

4. Discovery shall close 180 days after the entry of this Order.

5. Expert disclosures shall be made 60 days before the close of discovery; and any rebuttal expert disclosure shall be made 30 days thereafter.  Expert depositions, if any, are to be conducted within 30 days after all expert disclosures are completed.

6. The pre-trial conference shall be set upon completion of discovery.

7.      The trial of this case shall be set at the pre-trial conference.

SO ORDERED on this ___ day of _____, 2006.


_____
The Honorable Rosemary M. Collyer
United States District Judge