IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE KANE, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BRISTOL PROPERTIES, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:06-cv-00673-RMC |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCvR 83.2, I move that Paul F. Pautler, Jr. be admitted to practice in the United States District Court for the District of Columbia for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with LCvR 83.2(c), I will sign all pleadings and other papers which are signed and filed by said attorney.

Pursuant to LCvR 83.2(c), I have attached the required affidavit from Mr. Pautler in support of this motion as Exhibit 1.

Respectfully submitted,

_William F. Demarest_
William F. Demarest, Jr.  D.C. Bar No. 266312
Kyle J. Gilster  D.C. Bar No. 483873
Blackwell Sanders Peper Martin LLP
750 17 Street, NW
Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2303
Facsimile:  (202) 378-2319
wdemarest@blackwellsanders.com
kgilster@blackwellsanders.com

**ATTORNEYS FOR DEFENDANT**

KC-1399550-1

## CERTIFICATE OF MAILING

     I hereby certify that a copy of the above and foregoing was served via electronic notification and United States mail, first class postage prepaid, this **30** day of May, 2006, on:

Alan Lescht #441691
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

Attorneys for Plaintiff

 

_____
Attorney for Defendant

KC-1399550-1