<u>**EXHIBIT 1**</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE KANE, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>BRISTOL PROPERTIES, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:06-cv-00673-RMC |

### <u>AFFIDAVIT OF PAUL F. PAUTLER, JR.</u>

STATE OF MISSOURI )
                         ) ss:
COUNTY OF JACKSON )

PAUL F. PAUTLER, JR., being duly sworn, deposes and says:

1. My full name is Paul Franklin Pautler, Jr.

2. I practice with the firm of Blackwell Sanders Peper Martin, LLP whose office address is 4801 Main Street, Suite 1000, Kansas City, Missouri 64112. My telephone number is (816) 983-8259.

3. I am currently a partner at Blackwell Sanders Peper Martin LLP in Kansas City, Missouri. I submit this Affidavit in support of Defendant's motion for my admission *pro hac vice* to represent Defendant in this matter, pursuant to LCvR 83.2(d) of the District Court for the District of Columbia.

4. I am a member in good standing of the bars of the States of Missouri and Kansas. I also am admitted to practice before the following federal courts: the United States District Court for the Western District of Missouri, the United States District Court for the District of

KC-1399532-1

Kansas, the United States Courts of Appeals for the Eighth and Tenth Circuits, and the United States Supreme Court.

5. I certify that I have not been disciplined by any bar of which I am a member, and/or any bar.

6. I have never been admitted before this Court *pro hac vice*.

7. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, nor do I have an application for membership pending.

8. It is respectfully requested that I be admitted *pro hac vice* to represent Defendant in this matter.

_____
PAUL F. PAUTLER, JR., ESQ.

*Sworn to before me this*
*24th day of May, 2006.*

_____
Notary Public

VICKI L. SPRUILL
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires: January 14, 2007

KC-1399532-1                                2