IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE KANE,                    )<br>                                                  )<br>            Plaintiff,           )<br>    vs.                                      )<br>                                                  )<br> BRISTOL PROPERTIES, INC.,    )<br>                                                  )<br>            Defendant.         ) | Civil Action No. 1:06-cv-00673-RMC |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to LCvR 83.2, I move that Megan M. Belcher be admitted to practice in the United States District Court for the District of Columbia for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with LCvR 83.2(c), I will sign all pleadings and other papers which are signed and filed by said attorney.

Pursuant to LCvR 83.2(c), I have attached the required affidavit from Ms. Belcher in support of this motion as Exhibit 1.

Respectfully submitted,

*/s/ William F. Demarest*
William F. Demarest, Jr.  D.C. Bar No. 266312
Kyle J. Gilster  D.C. Bar No. 483873
Blackwell Sanders Peper Martin LLP
750 17 Street, NW
Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2303
Facsimile: (202) 378-2319
demarest@blackwellsanders.com
kgilster@blackwellsanders.com

**ATTORNEYS FOR DEFENDANT**

KC-1399521-1

**CERTIFICATE OF MAILING**

I hereby certify that a copy of the above and foregoing was served via electronic notification and United States mail, first class postage prepaid, this 30 day of May, 2006, on:

Alan Lescht #441691
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

Attorneys for Plaintiff

William F. Demarest Jr.
Attorney for Defendant