## EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE KANE, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Civil Action No. 1:06-cv-00673-RMC |
| ) | |
| BRISTOL PROPERTIES, INC., ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF MEGAN M. BELCHER

STATE OF MISSOURI   )
                    ) ss:
COUNTY OF JACKSON   )

MEGAN M. BELCHER, being duly sworn, deposes and says:

1. My full name is Megan McKenzie Belcher.

2. I practice with the firm of Blackwell Sanders Peper Martin, LLP whose office address is 4801 Main Street, Suite 1000, Kansas City, Missouri 64112. My telephone number is (816) 983-8322.

3. I am currently employed as an associate at Blackwell Sanders Peper Martin LLP in Kansas City, Missouri. I submit this Affidavit in support of Defendant's motion for my admission *pro hac vice* to represent Defendant in this matter, pursuant to LCvR 83.2(d) of the District Court for the District of Columbia.

4. I am a member in good standing of the bars of the States of Missouri and Kansas. I also am admitted to practice before the following federal courts: the United States District Court for the Western District of Missouri and the United States District Court for the District of Kansas.

KC-1399519-1

5. I certify that I have not been disciplined by any bar of which I am a member, and/or any bar.

6. I have never been admitted before this Court *pro hac vice*.

7. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, nor do I have an application for membership pending.

8. It is respectfully requested that I be admitted *pro hac vice* to represent Defendant in this matter.

_____
MEGAN M. BELCHER, ESQ.

*Sworn to before me this*
*24th day of May, 2006.*

_____
Notary Public

VICKI L. SPRUILL
Notary Public - Notary Seal
STATE OF MISSOURI
Jackson County
My Commission Expires: January 14, 2007