IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHARLENE KANE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 1:06-cv-00673-RMC |
| | ) | |
| BRISTOL PROPERTIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendant Bristol Properties, Inc. and Plaintiff Charlene Kane (hereinafter "the parties") hereby move the Court to enter a Protective Order governing the use of confidential information exchanged in this matter. Counsel for the parties have agreed to the form and content of a proposed Protective Order and attached it hereto as Exhibit A.

WHEREFORE, the parties respectfully request the Court to enter the attached Protective Order and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Paul F. Pautler, Jr.
Paul F. Pautler, Jr.   MO Bar No. 38057
Megan M. Belcher   MO Bar No. 53153
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64121-6777
Telephone:  (816) 983-8000
Facsimile:  (816) 983-8080
ppautler@blackwellsanders.com
mbelcher@blackwellsanders.com

and

William F. Demarest, Jr.  D.C. Bar No. 266312
Blackwell Sanders Peper Martin LLP

KC-1442642-1

750 17 Street, NW
Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2303
Facsimile: (202) 378-2319

**ATTORNEYS FOR DEFENDANT**

and

/s/ Susan L. Kruger
Alan Lescht
Susan L. Kruger
Alan Lescht & Associates, P.C.
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via electronic notification and United States mail, first class postage paid this 2nd day of November, 2006, on:

Alan Lescht
Susan L. Kruger
Alan Lescht & Associates, P.C.
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

**Attorneys for Plaintiff**

/s/ Paul F. Pautler, Jr.
Attorney for Defendant

KC-1442642-1