IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE KANE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 1:06-cv-00673-RMC |
| ) | |
| BRISTOL PROPERTIES, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR EXTENSION OF DISCOVERY AND
DISPOSITIVE MOTION DEADLINES**

COME NOW Plaintiff and Defendant ("the parties"), by and through their respective counsel, and move the Court for an extension to the discovery and dispositive motion deadlines in the above captioned matter. In support of this Motion, the parties state as follows:

1. The parties have been diligently engaged in discovery in this matter, including issuing and responding to various written discovery requests. Plaintiff's deposition has also been completed.

2. The parties had originally scheduled three fact witness depositions for November 13, two depositions of Defendant's employees for November 14, and two additional depositions of Defendant's employees for November 16. However, in an attempt to save costs as the parties are attempting to resolve this matter, the parties have postponed those depositions until a later date.

3. Given the witnesses and counsel for both parties' schedules, the need for additional time for the parties to further discuss a resolution of this matter, and the pending December 4, 2006, close of discovery deadline, the parties request that the Court extend the close of discovery in this matter to January 19, 2007. Reciprocally, the parties would request the Court extend the dispositive motion deadline to February 19, 2007.

KC-1334681-1

4. This requested extension of time will permit the parties to attempt to resolve this matter short of trial, while guaranteeing that if the parties are not able to resolve the matter, they will have sufficient time to complete additional depositions in this matter.

5. The parties are not requesting that any other deadlines be extended in this matter, including the trial setting in this matter.

6. This Motion is made in the interest of fairness and not for the purpose of delay or frustration.

7. Neither the parties nor the Court will be prejudiced by the granting of this Motion.

8. The parties have conferred with regard to this requested extension and agree that such an extension of the referenced scheduling order deadlines would be in the best interest of both parties.

WHEREFORE, for the foregoing reasons, the parties respectfully request the Court extend the discovery deadline to January 19, 2007, and the dispositive motion deadline to February 19, 2007.

Respectfully submitted,

/s/ Megan M. Belcher
Paul F. Pautler, Jr.        MO Bar No. 38057
Megan M. Belcher            MO Bar No. 53153
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64121-6777
Telephone:  (816) 983-8000
Facsimile:   (816) 983-8080
ppautler@blackwellsanders.com
mbelcher@blackwellsanders.com

and

William F. Demarest, Jr.  D.C. Bar No. 266312

Blackwell Sanders Peper Martin LLP
750 17 Street, NW
Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2303
Facsimile:  (202) 378-2319

**ATTORNEYS FOR DEFENDANT**

and


  /s/ Susan L. Kruger
Susan L. Kruger # 414566
Alan Lescht #441691
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

**ATTORNEYS FOR PLAINTIFF**


**CERTIFICATE OF SERVICE**

This is to certify that the above and foregoing was sent via electronic transmission this 13th day of November, to:

Susan L. Kruger
Alan Lescht & Associates, P.C.
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036

**ATTORNEYS FOR PLAINTIFF**


/s/ Megan M. Belcher
**ATTORNEY FOR DEFENDANT**