# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLENE KANE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BRISTOL PROPERTIES, INC., )<br>)<br>Defendant. ) | Civil Action No. 1:06-cv-00673-RMC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Charlene Kane and Defendant Bristol Properties, Inc., by and through their undersigned counsel, and stipulate to the dismissal of the above-captioned case with prejudice, each party to pay its own costs and attorneys' fees.

**For Charlene Kane**
**By her Attorney,**


/s/ Alan Lescht (by MMB with permission of Mr. Lescht)
Alan Lescht #441691
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

February 19, 2007

KC-1470481-1

**For Bristol Properties, Inc.**
**By its Attorney(s),**


/s/ Megan M. Belcher
Paul F. Pautler, Jr   MO Bar No. 38057 (pro hac vice)
Megan M. Belcher   MO Bar No. 53153 (pro hac vice)
Blackwell Sanders Peper Martin LLP
4801 Main Street, Suite 1000
Kansas City, MO  64121-6777
Telephone (816) 983-8000
Facsimile: (816) 983-8080
ppautler@blackwellsanders.com
mbelcher@blackwellsanders.com

and

William F. Demarest, Jr.  D.C. Bar No. 266312
Blackwell Sanders Peper Martin LLP
750 17 Street, NW
Suite 1000
Washington, D.C. 20006
Telephone: (202) 378-2303
Facsimile:  (202) 378-2319
kgilster@blackwellsanders.com

**ATTORNEYS FOR DEFENDANT**

February 19, 2007


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via U.S. Mail, this 19th day of February, 2007, to:

Alan Lescht
Alan Lescht & Associates, P.C.
1050 17th St., N.W. Suite 220
Washington, D.C. 20036

**ATTORNEY FOR PLAINTIFF**

/s/ Megan M. Belcher
Attorney for Defendant


KC-1470481-1